**FILED**
JUN 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Daniel CEBREROS-Villanueva, <br><br> Defendant. | Mag. Case No. '08 MJ 8560 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the United States |

The undersigned complainant being duly sworn states:

On or about June 19, 2008, within the Southern District of California, defendant Daniel CEBREROS-Villanueva, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF JUNE 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Daniel CEBREROS-Villanueva

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, J. Anderson, that the defendant was found and arrested on June 19, 2008, west of Calexico, California.

Agent Anderson encountered Daniel CEBREROS-Villanueva (CEBREROS) twenty miles west of Calexico, California, while in the course of his duties. Agent Anderson approached CEBREROS and identified himself as a United States Border Patrol Agent. Agent Anderson determined through questioning, CEBREROS was a citizen of Mexico with no immigration documents that would allow him to enter into or remain in the United States legally. CEBREROS was placed under arrested.

Record checks revealed an Immigration Judge ordered CEBREROS deported to Mexico from the United States on March 30, 1995, and has a criminal record.

There is no evidence CEBREROS has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.